UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
CEMENT MASONS & PLASTERERS
HEALTH & WELFARE TRUST, *et al.*,

Plaintiffs,

v.

MOUNTAIN PACIFIC RAIL, INC., *et al.*,

Defendants.

Case No. C06-1236RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 17, 2007, defendants filed a motion for summary judgment that, taken as a whole, exceeds 50 pages in length. (Dkt. #26). As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendants are hereby ORDERED to show cause why they should not be sanctioned for failure to comply with this Court's prior orders (Dkt. ## 9, 22) requiring courtesy copies of lengthy filings for chambers. Defendants shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for

ORDER TO SHOW CAUSE - 1

Chambers," to the Clerk's Office. Defendants shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 22nd day of January, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2