UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIN PACIFIC RAIL, INC., *et al.*, <br><br> Defendants. | Case No.  C06-1236RSL <br><br> ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On January 17, 2007, defendants filed a motion for summary judgment that, taken as a whole, exceeded 50 pages in length. (Dkt. #26). On January 22, 2007, the Court issued an order to show cause why defendants should not be sanctioned for failing to comply with the Court's prior orders. The order to show cause (Dkt. #29) is now vacated in light of the receipt of the courtesy

ORDER VACATING ORDER
TO SHOW CAUSE - 1

1   copy and defendants' response to the order.

3   DATED this 23rd day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE - 2